UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14CV1722 CDP |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the oral opinion stated on the record on March 10, 2016, a transcript of which is attached hereto and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the decision of the Commissioner is AFFIRMED, judgment is entered for defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and plaintiff's complaint is **DISMISSED** with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of March, 2016.